```
 1  DEBRA WONG YANG
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    BRENT A. WHITTLESEY
 4  Assistant United States Attorney
    California Bar No. 73493
 5       Suite 7516AA, Federal Building
         300 North Los Angeles Street
 6       Los Angeles, CA  90012
         Telephone:  (213) 894-2445
 7       Fax No.:    (213) 894-5900

 8  Attorneys for Plaintiff
    United States of America
 9
```

LODGED JUL - 1 2005 — 3185 — CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION AT SANTA ANA, BY ___ DEPUTY

FILED AUG - 1 2005 — CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION AT SANTA ANA, BY ___ DEPUTY

SEND / NO SSE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL S. SCHWABE, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. SACV05-0151-JVS (ANx) <br><br> ✓ Docketed <br> ✗ Copies / NTC Sent <br> DEFAULT JUDGMENT  NO JS-5 / JS-6 <br> ___ JS-2 / JS-3 <br> ___ CLSD |

In the above-entitled action, the Clerk of this Court having entered on July 12, 2005, a default against Defendants MICHAEL S. SCHWABE, LAURIE A. SCHWABE, and SHERI A. SCHWABE, for failure to respond or appear, and a declaration on behalf of Plaintiff having been filed satisfying the requirements of Rule 55:

///
///
///
///
///
///

DOCKETED ON CM
AUG - 1 2005
BY ___ 040

14

1     IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendants MICHAEL S. SCHWABE, LAURIE A. SCHWABE, and SHERI A. SCHWABE, the sum of $106,637.00 in principal, an accrued prejudgment interest through June 29, 2005, in the amount of $5,491.90, with interest continuing to accrue at the rate of 10.000 per cent per annum, with a daily accrual of $30.72, until the date of judgment, with interest thereafter at the legal rate, costs in the amount of $579.69, for a total of $112,708.59.

SHERRI R. CARTER, Clerk
United States District Court
Central District of California

DATED: 8/1/05

By: _____
Deputy Clerk

**LORI ANDERSON**